# Court of Appeals
# of the State of Georgia

ATLANTA,  May 23, 2018

*The Court of Appeals hereby passes the following order:*

**A18A1590.  HERSCHEL G. BYRD v. THE STATE.**

In 2007, Herschel G. Byrd entered a negotiated guilty plea to a number of charges, including involuntary manslaughter.  In November 2013, Byrd filed a motion for an out-of-time appeal, and in February 2017 Byrd filed a second motion for an out-of-time appeal.  In November 2017, the trial court denied Byrd's request for an out-of-time appeal.  Byrd filed two direct appeals from the trial court's order, resulting is two cases being docketed in this court: Case Nos. A18A1589 and A18A1590.

Because both notices of appeal pertain to the same underlying order, this case is duplicative of Case No. A18A1589.  We hereby DISMISS this case as superfluous. Case No. A18A1589 remains pending for disposition.



Court of Appeals of the State of Georgia
Clerk's Office, Atlanta,  05/23/2018
I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.
Witness my signature and the seal of said court hereto affixed the day and year last above written.

_____ , Clerk.